UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CLAUDELINE LOUIS,

*Plaintiff,*

– against –

COMMISSIONER OF SOCIAL
SECURITY,

*Defendant.*

**ORDER**
24-cv-00205 (NCM) (SDE)

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation dated July 9, 2026, from the Honorable Seth D. Eichenholtz, United States Magistrate Judge. ECF No. 15. No objections have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

1

Accordingly, the motion for attorney's fees, ECF No. 12, is **GRANTED**. Pursuant to 42 U.S.C. § 406(b), plaintiff's counsel is awarded $5,317.42 in attorney's fees. Within five business days of receipt of the § 406(b) fees, plaintiff's counsel is ordered to refund plaintiff $2,227.00, which is the amount in attorney's fees previously awarded under the Equal Access to Justice Act, and to file a status report certifying return of $2,227.00 to plaintiff.

**SO ORDERED**.

_/s/Natasha C. Merle_____
NATASHA C. MERLE
United States District Judge

Dated:    July 31, 2026
          Brooklyn, New York